377321
Law Firm Ref#: **Diana Mey**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

DIANA MEY, on behalf of herself and a class of others similarly situated,    Case No.: **5:24-cv-00055-JPB**

    **Plaintiff(s),**
VS

WILLIAM PINTAS, et al.,

    **Defendant(s).**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED:  **P&M Law Firm, LLC (PR)**

I, Served the within named INDIVIDUAL/ENTITY on **4/16/2024 at 1:15 PM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Rachael Vanderstarre** (Title): **Admin**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Action; Complaint**

ADDRESS WHERE SERVED: **368 W Huron St Ste 100, Chicago, IL 60654-3424**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **White** - Hair: **Brown** - Approx. Age: **25 - 35** - Height: **5' 6"** - Weight: **120**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Jason Holinka, Process Server
Dated: 4-17-24



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

377321
Order #:377321/ILPRF441