IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.

Civil Action No. 5:24-CV-55

WILLIAM PINTAS,
P&M LAW FIRM, LLC,
P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION LLC, and
JAMES RYDER INTERACTIVE LLC

    Defendants.

## ADDITIONAL EXHIBITS

Attached hereto are original and roughly translated copies of the Puerto Rican lawsuit filed by the Pintas Defendants against Plaintiff Mey, referred to as Exhibits 2 & 3 in Ms. Mey's *Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction.*

**DIANA MEY**

By Counsel:

/s/ Ryan McCune Donovan
Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

**Certificate of Service**

      I hereby certify that, on April 26, 2024, a copy of the foregoing document was served via the Court's electronic filing system.

                                                      <u>/s/ Ryan McCune Donovan</u>
                                                      Ryan M. Donovan (WVSB #11660)