IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**, on behalf of herself and
a class of others similarly situated,

        Plaintiff,

v.                                         Civil Action No. 5:24-CV-55
                                              Judge Bailey

**WILLIAM PINTAS, P&M LAW FIRM,
LLC, P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION LLC,** and
**JAMES RYDER INTERACTIVE LLC,**

        Defendants.

## ORDER

On April 25, 2024, plaintiff filed a Motion for Anti-Suit Injunction. *See* [Doc. 7]. For reasons appearing to this Court, a hearing on the Motion is now scheduled for **April 30, 2024, at 10:30 a.m.**, in the United States District Court, South Courtroom, Wheeling, West Virginia, taking place before the undersigned.

Plaintiff is **REQUIRED** to provide actual notice of this Order, their complaint, and the pending Motion and accompanying Memorandum of Law to defendants no later than **April 29, 2024, at 12:00 p.m.** and to file proof of said notice with this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: April 26, 2024.

                                                            JOHN PRESTON BAILEY
                                                            UNITED STATES DISTRICT JUDGE