# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, on behalf of herself
and a class of others similarly situated,**
      **Plaintiff,**

**v.**                                             **Civil Action No.: 5:24-cv-55**

**WILLIAM PINTAS, P&M LAW
FIRM, LLC, P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION, LLC, and JAMES
RYDER INTERACTIVE, LLC**

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Jared M. Tully, Blake N. Humphrey and the law firm of Frost Brown Todd, LLC make an appearance on behalf of William Pintas, P&M Law Firm, LLC and P&M Law Firm (PR).

                                        Respectfully submitted,

                                        */s/ Jared M. Tully*

Jared M. Tully (WV Bar No. 9444)
Frost Brown Todd LLC
500 Virginia Street East, Suite 1100
Charleston, WV 25301
304-345-0111 (phone)
304-345-0115 (fax)
jtully@fbtlaw.com
*Counsel for William Pintas, P&M Law Firm, LLC, and P&M Law Firm (PR)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, on behalf of herself
and a class of others similarly situated,**
       **Plaintiff,**

**v.**                                        **Civil Action No.: 5:24-cv-55**

**WILLIAM PINTAS, P&M LAW
FIRM, LLC, P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION, LLC, and JAMES
RYDER INTERACTIVE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2024, the foregoing *Notice of Appearance* was sent via ECF Noticing to all parties receiving ECF Notices in this Proceeding.

                                                          */s/ Jared M. Tully*

                                                          Jared M. Tully