IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**, on behalf of herself and
a class of others similarly situated,

        Plaintiff,

v.                                                **Civil Action No. 5:24-CV-55**
                                                   Judge Bailey

**WILLIAM PINTAS, P&M LAW FIRM,
LLC, P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION LLC,** and
**JAMES RYDER INTERACTIVE LLC,**

        Defendants.

## ORDER

Pending before this Court is P&M Defendants' Motion to Extend Briefing Deadline [Doc. 34], filed May 7, 2024. On May 7, 2024, this Court granted Plaintiff's Motion to Extend Briefing Deadline by 24 hours. See [Doc. 33]. Thus, this Court extended the deadline in which plaintiff had to file her Opening Briefing from May 6, 2024, at 5:00 p.m., to May 7, 2024, at 5:00 p.m. See [id.]. Based on this, the P&M defendants ask this Court to "commensurately extend the P&M defendants deadline to file their response brief by 24 hours to Saturday May 11, 2024, at 5:00 p.m." [Doc. 34].

In light of the scheduled Preliminary Injunction hearing scheduled for Monday, May 13, 2024, at 10:00 a.m., this Court **DENIES** P&M Defendants' Motion to Extend Briefing Deadline [**Doc. 34**]. Thus, the P&M defendants must file their response on or before Friday, May 10, 2024, at 5:00 p.m.

1

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: May 7, 2024.

                                                JOHN PRESTON BAILEY
                                                UNITED STATES DISTRICT JUDGE