IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**, on behalf of herself and
a class of others similarly situated,

        Plaintiff,

v.                                        Civil Action No. 5:24-CV-55
                                          Judge Bailey

**WILLIAM PINTAS, P&M LAW FIRM,
LLC, P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION LLC,** and
**JAMES RYDER INTERACTIVE LLC,**

        Defendants.

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

On May 13, 2024, this Court held a hearing on plaintiff's Motion for Anti-Suit Injunction [Doc. 7].[1] Having been fully briefed, and upon consideration of the parties' oral argument to this Court, it appears that the temporary restraining Order in this case must be extended for a period of fourteen (14) days.

As informed by Fed. R. Civ. P. 65(b)(2),

> [A temporary restraining order] expires at the time after entry–not to exceed
>
> 14 days–that the court sets, unless before that time the court, for good

---

[1] On May 1, 2024, this Court issued an Order [Doc. 22] temporarily restraining the parties from proceeding in any way with the underlying lawsuit in the Commonwealth of Puerto Rico Court of First Instance until such time that argument could be heard on plaintiff's requested injunctive relief.

cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record.

Id.

Here, this Court finds good cause to extend the temporary restraining Order for the reasons articulated in the Order [Doc. 22]. Moreover, this Court finds good cause for extension in order to allow this Court adequate time to prepare an Order adjudicating plaintiff's request for injunctive relief based on the arguments heard at hearing.

Accordingly, the temporary restraining Order [**Doc. 22**] is hereby **EXTENDED** for good cause for **fourteen days (14)** from the date of this Order, or until such time that this Court enters its Order on plaintiff's request for injunctive relief, whichever occurs sooner.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

DATED: May 13, 2024.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE