IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.

                                    Civil Action No. 5:24-CV-55

WILLIAM PINTAS,
P&M LAW FIRM, LLC,
P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION LLC, and
JAMES RYDER INTERACTIVE LLC

    Defendants.

## NOTICE OF SUPPLEMENTAL EXHIBIT

Related to arguments and representations made at Monday's hearing concerning Plaintiff Diana Mey's "minimum contacts" with Puerto Rico, Ms. Mey respectfully submits the attached supplemental exhibit, which is an authentic copy of the "Retainer and Contingency Fee Agreement" she received from "Pintas & Mullins Injury Lawyers."

                                      **DIANA MEY**

                                      By Counsel:

/s/ Ryan McCune Donovan
Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

## Certificate of Service

I hereby certify that, on May 15, 2024, a copy of the foregoing document was served via the Court's electronic filing system.

<u>/s/ Ryan McCune Donovan</u>
Ryan M. Donovan (WVSB #11660)