IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**, on behalf of herself and a
class of others similarly situated,

                Plaintiff,

v.                                      Civil Action No. 5:24-CV-55
                                               Judge Bailey

**WILLIAM PINTAS, P&M LAW FIRM, LLC,
P&M LAW FIRM (PR), LLC, RELIANCE
LITIGATION LLC,** and **JAMES RYDER
INTERACTIVE LLC**.

## FIRST ORDER AND NOTICE REGARDING
## DISCOVERY AND SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule of Civil Procedure ("L.R. Civ. P.") 16.01 and 26.01, it is hereby **ORDERED** that:

| | |
|---|---|
| 1. **Initial Planning Meeting**<br>**On or before: June 14, 2024** | 3. **Initial Disclosures**<br>**On or before: July 12, 2024** |
| 2. **Meeting Report**<br>**On or before: June 28, 2024** | 4. **Scheduling Conference:**<br>**If necessary** |

      (1) **Initial Planning Meeting**: Pursuant to Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b), parties to this action shall meet in person or by telephone on or before **June 14, 2024**. At this meeting, the parties shall discuss all matters required by Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b).

      (2) **Meeting Report and Proposed Discovery Plan**: Pursuant to Fed. R. Civ. P. 26(f) and L.R. Civ. P. 16.01(c), the parties shall submit to this Court a **written report** on the results of the initial discovery meeting **and a completed Scheduling Order Checklist**

(see attached) on or before **June 28, 2024**. The written report shall include the parties' report on those matters set forth in L.R. Civ. P. 16.01(b)(1-5) and 16.01(c) and the parties' discovery plan as required by Fed. R. Civ. P. 26(f). The parties' report on their meeting shall be considered by this Court as advisory only. Parties and counsel are subject to sanctions as set forth in Fed. R. Civ. P. 16(f) and L.R. Civ. P. 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

(3) **Initial Discovery Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. Civ. P. 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed. R. Civ. P. 26(a)(1) on or before **July 12, 2024**.

(4) **Telephonic Scheduling Conference**: Upon receipt of the meeting report and proposed discovery plan, this Court may conduct a scheduling conference at a date and time deemed appropriate. *See* Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d). However, if this Court determines, after a review of the meeting report and proposed discovery plan, that a scheduling conference is not necessary, no conference will be scheduled and a scheduling order will be entered. *See* Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein, along with copies of this Court's Scheduling Order Checklist.

**DATED**: May 17, 2024.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

Civil Action No. _____

_____
Defendant(s).

## SCHEDULING ORDER CHECKLIST

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

   _____

2. MEDIATION           Before -   _____

3. JOINDER AND AMENDMENTS   _____

4. EXPERT DISCLOSURE

   a. With Burden   _____

   b. Without Burden   _____

5. EXAMINATION/INSPECTIONS

   _____

6. DISCOVERY COMPLETION   _____

7. DISPOSITIVE MOTIONS   _____

   _____ Responses

   _____ Replies

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3   _____

      a. Objections   _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS   _____

      a. Objections   _____

10. MOTIONS IN LIMINE   _____

      a. Objections   _____

11. BIOGRAPHICAL SKETCHES   _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER   _____

13. FINAL PRETRIAL CONFERENCE   _____

14. Trial   _____

    (If non-jury trial, Proposed Findings of Fact
   and Conclusions of Law are to be filed with Court
   and opposing counsel _____ )