IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, on behalf of herself
and a class of others similarly situated,**

      Plaintiff,

v.                              Civil Action No.: 5:24-cv-55

**WILLIAM PINTAS, P&M LAW
FIRM, LLC, P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION, LLC, and JAMES
RYDER INTERACTIVE, LLC,**

      Defendants.

## NOTICE OF APPEAL

By this Notice of Appeal, Defendants William Pintas, P&M Law Firm, LLC, and P&M Law Firm (PR), LLC, by undersigned counsel, appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order Granting Anti-Suit Injunction. *See Mey v. Pintas et al.*, No. 5:24-cv-55 (N.D. W. Va. May 17, 2024), ECF No. 50.

                                            Respectfully submitted,

                                            */s/ Blake N. Humphrey*
                                            Jared M. Tully (WV Bar No. 9444)
                                            Blake N. Humphrey (WV Bar No. 14132)
                                            FROST BROWN TODD LLP
                                            500 Virginia Street E, Suite 1100
                                            Charleston, WV 25301
                                            Telephone: 304-345-0111
                                            jtully@fbtlaw.com
                                            bhumphrey@fbtlaw.com

                                            Richard W. Epstein*
                                            Jeffrey Gilbert*
                                            GREENSPOON MARDER LLP
                                            200 East Broward Blvd, Suite 1800
                                            Fort Lauderdale, FL 33301
                                            Telephone: 954-491-1120

                                                                                         richard.epstein@gmlaw.com
                                                                                         jeffrey.gilbert@gmlaw.com

                                                                       Carlos R. Baralt Suárez*
                                                                       BARALT LAW LLC
                                                                       P.O. Box 190751
                                                                       San Juan, PR 00919
                                                                       Telephone: 939-625-3712
                                                                       cbaralt@baraltlaw.com

*Admitted pro hac vice*

**Counsel for William Pintas, P&M Law Firm LLC, & P&M Law Firm (PR), LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, on behalf of herself
and a class of others similarly situated,**

   Plaintiff,

v.                                                                  Civil Action No.: 5:24-cv-55

**WILLIAM PINTAS, P&M LAW
FIRM, LLC, P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION, LLC, and JAMES
RYDER INTERACTIVE, LLC,**

   Defendants.

## CERTIFICATE OF SERVICE

 I, Blake N. Humphrey, certify that on Tuesday, May 28, 2024, the foregoing *Notice of Appeal* was filed via the Court's CM/ECF filing system.

              */s/ Blake N. Humphrey*
              Blake N. Humphrey (WV Bar No. 14132)

0157290.0787324   4882-8168-1345v4

3