IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.
                                                Civil Action No. 5:24-CV-55

WILLIAM PINTAS, et al.

    Defendants.

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY

The Pintas Defendants' motion to dismiss based on personal jurisdiction is a vague sketch, with specifics only emerging in their reply. And because they raised new arguments for the first time in their reply brief—each of which could have (and should have) been raised in their initial motion to dismiss—Plaintiff moves for leave to file the attached surreply in opposition to the motion to dismiss. *See* LR Civ. P. 7.02(b)(3). In less than three pages, the proposed surreply clarifies that issue and others for the Court.

                                                **DIANA MEY**

                                                By Counsel:

                                                /s/ Ryan McCune Donovan
                                                Ryan M. Donovan (WVSB #11660)
                                                Andrew C. Robey (WVSB #12806)
                                                HISSAM FORMAN DONOVAN RITCHIE PLLC
                                                P.O. Box 3983
                                                Charleston, WV 25339
                                                t: 681-265-3802

f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

## Certificate of Service

    I hereby certify that, on May 31, 2024, a copy of the foregoing document was served via the Court's electronic filing system.

                              <u>/s/ Ryan McCune Donovan</u>
                              Ryan M. Donovan (WVSB #11660)