

## FLORIDA DEPARTMENT OF STATE
Division of Corporations

June 12, 2024

Kim Thomas

Pursuant to Chapter 48.062 Florida Statutes, substitute service of process was accepted for James Ryder Interactive LLC in case number 5:24-cv-55 and was filed on June 12, 2024 at 8:40 AM.

Plaintiff(s)
Diana Mey
v.
Defendant(s)
William Pintas, et al.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

Letter No. 240612001SOP.01