AO 440 (Rev. 06/12) Summons in a Civil Action

Original for Return

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| DIANA MEY )<br><br>*Plaintiff(s)*<br>v.<br>WILLIAM PINTAS, P&M LAW FIRM, LLC, P&M LAW FIRM (PR) LLC, RELIANCE LITIGATION LLC, and JAMES RYDER INTERACTIVE LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:24-CV-55<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* P&M LAW FIRM, LLC (PR)
270 Muñoz Rivera Avenue, Suite 201
SAN JUAN, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan M. Donovan (rdonovan@hfdrlaw.com)
Andrew C. Robey (arobey@hfdrlaw.com)
Hissam Forman Donovan Ritchie PLLC
700 Virginia Street East, Suite 210
Charleston, WV 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Cheryl Dean Riley**

*CLERK OF COURT*

Date: 4/5/2024

D. Kinsey

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-CV-55

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* P&M Law Firm LLC
was received by me on *(date)* 5/30/24 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* William Pontos (son)
The Isles 33 Fences Ln Dundee PA , a person of suitable age and discretion who resides there,
on *(date)* 6/12/24 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/12/24

_____
Server's signature

Hammberto Mulinder Mvdu
Printed name and title

Cotney DR
Server's address

Additional information regarding attempted service, etc:

The defendant William Pontos by the intercom authorized to his son to receive the summons