IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.                                                                                  Civil Action No. 5:24-cv-55

WILLIAM PINTAS, et al.

    Defendants.

## Certificate of Service

I hereby certify that on June 24, 2024 a copy of *Plaintiff's First Set of Combined Discovery Requests to Pintas Defendants* foregoing document was served via electronic mail as follows:

| | |
|---|---|
| Jared M. Tully, Esquire | Richard W. Epstein, Esquire |
| Blake N. Humphrey, Esquire | Jeffrey Gilbert, Esquire |
| FROST BROWN TODD LLP | GREENSPOON MARDER LLP |
| 500 Virginia Street E, Suite 1100 | 200 East Broward Blvd, Suite 1800 |
| Charleston, WV 25301 | Fort Lauderdale, FL 33301 |
| Telephone: 304-345-0111 | Telephone: 954-491-1120 |
| jtully@fbtlaw.com | richard.epstein@gmlaw.com |
| bhumphrey@fbtlaw.com | jeffrey.gilbert@gmlaw.com |

Carlos R. Baralt Suárez, Esquire
BARALT LAW LLC
P.O. Box 190751
San Juan, PR 00919
Telephone: 939-625-3712
cbaralt@baraltlaw.com

                                            /s/ Andrew C. Robey
                                            Andrew C. Robey (WVSB #12806)