# EXHIBIT A

**Friday, July 19, 2024 at 14:40:34 Eastern Daylight Time**

**Subject:** RE: Mey v. Pintas
**Date:** Wednesday, July 17, 2024 at 12:03:16 PM Eastern Daylight Time
**From:** Humphrey, Blake N.
**To:** Andrew Robey
**CC:** Ryan Donovan, Jeffrey Gilbert, {F16405304}.Active@gmlaw.imanage.work, Humphrey, Blake N., Maria Salgado, Richard Epstein, cbaralt@baraltlaw.com, Tully, Jared, Smith, Ashley D.

Andrew –

We have conferred with national counsel regarding your offer to inspect the summonses. There should be no need for us to inspect them. Our clients' answer and counterclaims speak for themselves.

### Blake N. Humphrey
**Attorney at Law | Frost Brown Todd LLP**

304.348.2413  Direct
304.780.9295  Mobile

bhumphrey@fbtlaw.com

---

**From:** Andrew Robey <arobey@hfdrlaw.com>
**Sent:** Wednesday, July 10, 2024 4:24 PM
**To:** Humphrey, Blake N. <bhumphrey@fbtlaw.com>
**Cc:** Ryan Donovan <rdonovan@hfdrlaw.com>; Jeffrey Gilbert <Jeffrey.Gilbert@gmlaw.com>; {F16405304}.Active@gmlaw.imanage.work; Maria Salgado <Maria.Salgado@gmlaw.com>; Richard Epstein <Richard.Epstein@gmlaw.com>; cbaralt@baraltlaw.com; Tully, Jared <jtully@fbtlaw.com>; Humphrey, Blake N. <bhumphrey@fbtlaw.com>; Smith, Ashley D. <asmith@fbtlaw.com>
**Subject:** Mey v. Pintas

Having read the counterclaims, there appears to be continued fascination with the embossed seals on the summons. So I will extend this offer to the group: anyone is welcome to visit my office and inspect the summons to satisfy themselves that the summons are indeed sealed. Any takers?

---

Andrew C. Robey
*Lawyer*

HISSAM FORMAN DONOVAN RITCHIE PLLC
www.hfdrlaw.com
700 Virginia Street East, Suite 210
Charleston, WV 25301
c: 304-545-7816
t: 304-881-0086

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLP at (513) 651-6800, so that our address record can be corrected.