# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, on behalf of herself
and a class of others similarly situated,**

      Plaintiff,

v.                                                                                    Civil Action No.: 5:24-cv-55

**WILLIAM PINTAS, P&M LAW
FIRM, LLC, P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION, LLC, and JAMES
RYDER INTERACTIVE, LLC,**

      Defendants.

## CERTIFICATE OF SERVICE

    I, Blake N. Humphrey, certify that on July 24, 2024, the foregoing ***P&M Defendants' Response to Plaintiff's First Set of Combined Discovery Requests to Pintas Defendants*** was served, via e-mail, on Ryan M. Donovan and Andrew C. Robey, Counsel for Plaintiff.

                                           */s/* Blake N. Humphrey
                                           Blake N. Humphrey (WV Bar No. 14132)