IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.

                                                  Civil Action No. 5:24-CV-55

WILLIAM PINTAS, et al.

    Defendants.

## STIPULATION RE: LEAVE TO AMEND COUNTERCLAIMS

After Diana Mey moved to dismiss P&M Law's counterclaims [ECF No. 77], P&M Law moved for leave to amend those counterclaims [ECF No. 84]. For the sake of judicial economy and efficiency, the parties **STIPULATE** and **AGREE** as follows:

1. P&M Law shall file its First Amended Counterclaim [ECF No. 84-1] by **August 12, 2024**;

2. Mey shall answer or otherwise respond to the First Amended Counterclaim by **September 2, 2024**; and

3. Mey's motion to dismiss P&M Law's counterclaims [ECF No. 77] and P&M Law's motion for leave to amend [ECF No. 84] are deemed moot.

**Stipulated and agreed to by:**

/s/ Andrew C. Robey
Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

*Counsel for Plaintiff*

/s/ Blake N. Humphrey
Jared M. Tully (WV Bar No. 9444)
Blake N. Humphrey (WV Bar No. 14132)
FROST BROWN TODD LLP
500 Virginia Street East, Suite 1100
Charleston, WV 25301
Telephone: 304-345-0111
jtully@fbtlaw.com
bhumphrey@fbtlaw.com

Richard W. Epstein*
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: 954-491-1120
richard.epstein@gmlaw.com

Jeffrey Gilbert*
GREENSPOON MARDER LLP
600 Brickell Avenue, Suite 3600
Miami, FL 33131
Telephone: 305-789-2761
jeffrey.gilbert@gmlaw.com

Carlos R. Baralt Suárez*
BARALT LAW LLC
P.O. Box 190751
San Juan, PR 00919
Telephone: 939-625-3712
cbaralt@baraltlaw.com

**Admitted pro hac vice*

*Counsel for William Pintas, P&M Law Firm LLC, and P&M Law Firm (PR), LLC*