IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**, on behalf of herself and a
class of others similarly situated,

            Plaintiff,

    v.                                            Civil Action No. 5:24-CV-55
                                                     Judge Bailey

**WILLIAM PINTAS, P&M LAW FIRM, LLC,
P&M LAW FIRM (PR), LLC, RELIANCE
LITIGATION LLC**, and **JAMES RYDER
INTERACTIVE LLC**,

            Defendants.

## ORDER

On August 9, 2024, the parties filed a Stipulation Re: Leave to Amend Counterclaims [Doc. 87]. Therein, the parties stipulated and agreed to the following:

    1.    P&M Law shall file is First Amended Complaint by August 12, 2024;

    2.    Mey shall answer or otherwise respond to the First Amended Complaint by September 2, 2024; and

    3.    Mey's motion to dismiss P&M Law's counterclaims and P&M Law's motion for leave to amend are deemed moot.

[Doc. 87 at 1].

P&M Law is hereby **DIRECTED TO FILE** the First Amended Complaint on or before **August 12, 2024**. Mey is hereby **DIRECTED** to answer or otherwise respond to the First Amended Complaint by **September 2, 2024**.

1

Lastly, the pending Motion to Dismiss [**Doc. 77**] and Motion for Leave to File First Amended Complaint [**Doc. 84**] are **DENIED AS MOOT**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: August 12, 2024.

                                                                          _[signature]_
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**