IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

| | |
|---|---|
| DIANA MEY, on behalf of herself and a class of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM PINTAS, P&M LAW FIRM, LLC, P&M LAW FIRM (PR), LLC, RELIANCE LITIGATION, LLC, AND JAMES RYDER INTERACTIVE, LLC,<br><br>Defendants. | Civil Action No. 5:24-cv-55 |

**STIPULATION OF EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time that Defendant Reliance Litigation, LLC ("Reliance") shall have to answer or otherwise respond to Plaintiff's Complaint is extended from August 19, 2024 to August 26, 2024. This stipulation is made in good faith, for purposes of exchange of information, and not for the purposes of delay. Plaintiff agrees that filing this stipulation shall not constitute a general appearance by Reliance or consent to the jurisdiction of this Court, and does not constitute waiver of any defenses that Reliance may assert in the litigation, including jurisdictional or venue challenges.

Respectfully submitted this the 19th day of August, 2024.

[Signature on following page]

- 2 -

/s/ *Ryan M. Donovan*
Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 2983
Charleston, WV 25339
T: 681-265-3802
F: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

/s/ *M. Elizabeth O'Neill*
M. Elizabeth O'Neill (WVSB #11590)
Womble Bond Dickinson (US) LLP
301 S. College Center, Suite 3500
301 S. College Street
Charlotte, NC 28202-6050
T: 704-350-6310
E: Elizabeth.ONeill@wbd-us.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record that have made an appearance in this case.

This 19th day of August, 2024.

          /s/ *M. Elizabeth O'Neill*
M. Elizabeth O'Neill

*Attorney for Defendant Reliance Litigation, LLC*