## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling

| | |
|---|---|
| **DIANA MEY, on behalf of herself and a class of others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**WILLIAM PINTAS, P&M LAW FIRM, LLC, P&M LAW FIRM (PR), LLC, RELIANCE LITIGATION, LLC, AND JAMES RYDER INTERACTIVE, LLC,**<br><br>Defendants. | Civil Action No. 5:24-cv-55 |

### STIPULATION OF EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time that Defendant Reliance Litigation, LLC ("Reliance") shall have to answer or otherwise respond to Plaintiff's Complaint is extended from August 26, 2024 to September 3, 2024. This stipulation is made in good faith, for purposes of exchange of information, and not for the purposes of delay. Plaintiff agrees that filing this stipulation shall not constitute a general appearance by Reliance or consent to the jurisdiction of this Court, and does not constitute waiver of any defenses that Reliance may assert in the litigation, including jurisdictional or venue challenges.

Respectfully submitted this the 26th day of August, 2024.

[Signature on following page]

- 2 -

| | |
|---|---|
| /s/ *Andrew C. Robey* | /s/ *M. Elizabeth O'Neill* |
| Ryan M. Donovan (WVSB #11660) | M. Elizabeth O'Neill (WVSB #11590) |
| Andrew C. Robey (WVSB #12806) | Womble Bond Dickinson (US) LLP |
| Hissam Forman Donovan Ritchie PLLC | 301 S. College Center, Suite 3500 |
| P.O. Box 2983 | 301 S. College Street |
| Charleston, WV 25339 | Charlotte, NC 28202-6050 |
| T: 681-265-3802 | T: 704-350-6310 |
| F: 304-982-8056 | E: Elizabeth.ONeill@wbd-us.com |
| rdonovan@hfdrlaw.com | |
| arobey@hfdrlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record that have made an appearance in this case.

This 26th day of August, 2024.

                                              /s/ *M. Elizabeth O'Neill*
                                              M. Elizabeth O'Neill

                                              *Attorney for Defendant Reliance Litigation, LLC*