IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.

                                        Civil Action No. 5:24-CV-55

WILLIAM PINTAS, et al.

    Defendants.

## PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS

Defendants William Pintas, P&M Law Firm, LLC, and P&M Law Firm (PR), LLC (collectively "Defendants") filed amended counterclaims against Plaintiff Diana Mey. ECF No. 91. Because they fail to state any claims upon which relief can be granted, Defendants' amended counterclaims should be dismissed in their entirety. The grounds for same are set forth more fully in the accompanying memorandum of law.

**DIANA MEY**

By Counsel:

/s/ Andrew C. Robey
Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

## Certificate of Service

  I certify that, on September 3, 2024, a copy of the foregoing document was served via the Court's electronic filing system.

                 /s/ Andrew C. Robey