## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, on behalf of herself**
**and a class of others similarly situated,**

    *Plaintiff,*

*v.*                                          **Civil Action No.: 5:24-cv-55**

**WILLIAM PINTAS, P&M LAW**
**FIRM, LLC, P&M LAW FIRM (PR), LLC,**
**RELIANCE LITIGATION, LLC, and JAMES**
**RYDER INTERACTIVE, LLC,**

    *Defendants.*

## CERTIFICATE OF SERVICE

I, Blake N. Humphrey, certify that on October 11, 2024, a true and correct copy of ***Defendant P&M Law Firm (PR), LLC's First Request for Production of Documents to Defendant Reliance Litigation, LLC*** was served on counsel of record via email and the Certificate of Service for the same was served through the Court's CM/ECF system. A copy of the same was also served on Reliance Litigation, LLC via U.S. Mail to counsel of record:

    Mary Elizabeth O'Neill
    WOMBLE BOND DICKINSON (US) LLP
    301 S. College Street, Suite 3500
    Charlotte, NC 28202-6050

                                   */s/ Blake N. Humphrey*
                                   Blake N. Humphrey (WV Bar No. 14132)