IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, on behalf of herself
and a class of others similarly situated,**

Plaintiff,

v.                                                                       Civil Action No.: 5:24-cv-55

**WILLIAM PINTAS, P&M LAW
FIRM, LLC, P&M LAW FIRM (PR), LLC,
RELIANCE LITIGATION, LLC, and JAMES
RYDER INTERACTIVE, LLC,**

Defendants.

## CERTIFICATE OF SERVICE

I, Blake N. Humphrey, certify that on October 11, 2024, a true and correct copy of ***Defendant William G. Pintas's First Request for Admissions to Plaintiff Diana Mey*** was served on counsel of record via email and Certificate of Service for same was served through the Court's CM/ECF system, providing notice to all parties of record.

                                                          */s/ Blake N. Humphrey*
                                                          Blake N. Humphrey (WV Bar No. 14132)