**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**DIANA MEY**, on behalf of herself and a
class of others similarly situated,

               Plaintiff,

     v.

                                       **Civil Action No. 5:24-CV-55**
                                         Judge Bailey

**WILLIAM PINTAS**, **P&M LAW FIRM, LLC**,
**P&M LAW FIRM (PR), LLC**, **RELIANCE
LITIGATION LLC**, and **JAMES RYDER
INTERACTIVE LLC**,

               Defendants.

## <u>ORDER</u>

On October 28, 2024, defendant Reliance Litigation, LLC filed a Stipulation of
Extension of Time. *See* [Doc. 114]. In the Stipulation, defendant Reliance Litigation, LLC
states it has been stipulated and agreed by and between the parties that Reliance
Litigation, LLC shall have until November 12, 2024, to answer or otherwise respond to
plaintiff's Complaint. [Id.].

This is the **tenth** stipulation the parties have filed with respect to defendant Reliance
Litigation, LLC's deadline to answer or otherwise respond. *See* [Docs. 86, 90, 92, 93, 95,
100, 101, 105, 108, & 114].[1]

---

[1] The first stipulation extended the deadline until August 12, 2024. *See* [Doc. 86].
The second stipulation extended the deadline until August 19, 2024. *See* [Doc. 90]. The
third stipulation extended the deadline until August 26, 2024. *See* [Doc. 92]. The fourth
stipulation extended the deadline until September 3, 2024. *See* [Doc. 93]. The fifth

Enough is enough.   Defendant Reliance Litigation, LLC has until on or before **November 12, 2024** in which to answer or otherwise respond to plaintiff's Complaint.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: October 30, 2024.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

---

stipulation extended the deadline until September 10, 2024.  *See* [Doc. 95].  The sixth stipulation extended the deadline until September 17, 2024. *See* [Doc. 100].  The seventh stipulation extended the deadline until October 1, 2024. *See* [Doc. 101].  The eighth stipulation extended the deadline until October 15, 2024. *See* [Doc. 105]. The ninth stipulation extended the deadline until October 29, 2024. *See* [Doc. 108].  The tenth stipulation extended the deadline until November 12, 2024. *See* [Doc. 114].